# EXHIBIT A

# Morgan Lewis

**Joshua M. Dalton**
Partner
+1.617.951.8284
josh.dalton@morganlewis.com

7 October 2025

**SENT VIA EMAIL**

Serinity Group d/b/a Aurora
19 Rue de la Félicité
75017 Paris, France
info@aurora-ring.com
questions@aurora-ring.com

Re:   **Cease and Desist – Infringement of WHOOP, Inc.'s Intellectual Property Rights by Serinity Group d/b/a Aurora**

To Whom It May Concern:

This firm represents WHOOP, Inc. ("WHOOP") in connection with certain intellectual property matters.

Since its founding in 2012, WHOOP has expended considerable time and effort developing premium hardware, software, and analytics to unlock human performance and monitor health. As a result of the tireless efforts of WHOOP product developers and engineers, the WHOOP physiological monitoring device ("WHOOP Wearable") has established a reputation as an industry leader in helping people to perform at their highest levels by gaining greater visibility into their bodies' needs.

### The WHOOP Trade Dress

The WHOOP Wearable bears distinctive features that have been in use since the release of the original WHOOP Wearable in 2015. This unique faceless device was revolutionary to a fitness industry dominated by wearables with increasingly elaborate displays. From its launch to the present, the distinctive design, look, and feel of the WHOOP Wearable have been used exclusively by WHOOP and so have become intrinsically associated with WHOOP. Accordingly, WHOOP has established trade dress rights in the distinctive, non-functional features of its WHOOP Wearable, including the combination of a continuous fabric band that wraps over the device (to create a faceless device) with thin metal or metallic accents on the sides of and across the device (the "WHOOP Trade Dress"). In March, WHOOP applied for registration of one embodiment of the WHOOP Trade Dress before the United States Patent & Trademark Office.[1]  That embodiment of the WHOOP Trade Dress is described and depicted in that application as follows:

---

[1] U.S. Trademark Application No. 99,080,005.

Serinity Group d/b/a Aurora
7 October 2025
Page 2

[A] three-dimensional configuration of a wearable device comprised of a U-shaped clasp on which the word WHOOP appears on a crossbar, with sides that hinge distally from the crossbar into a rectangular sensor device (not visible) and allow the clasp to open and close into place over the sensor device. The strap is the band which connects to the sensor device on one end and the crossbar on the other and, when closed, wraps around the entire design and lays flat over the sensor device and snug on the wrist of the wearer. The word WHOOP and the edging detail on the side of the wearable device, both featured in broken lines, are not claimed as part of the mark[.]



U.S. Trademark Application No. 99,080,005[2]

The public's association of the WHOOP Trade Dress with WHOOP has been enhanced by advertisement of the WHOOP Wearable, which prominently features the WHOOP Trade Dress. Exemplary advertisements are reproduced below.[3]

  

Similarly, widespread use and endorsement of the WHOOP Wearable by prominent athletes and health influencers has cemented the public's recognition of products bearing the WHOOP Trade Dress as emanating from WHOOP. For example, the WHOOP Wearable has been endorsed by soccer

---

[2] *Id.*
[3] *Id.*

Serinity Group d/b/a Aurora
7 October 2025
Page 3

star Cristiano Ronaldo, Super Bowl Champion Patrick Mahomes, and health influencer Bryan Johnson.[4]

  

The WHOOP Trade Dress effectively communicates to consumers the source of the product, allowing consumers to recognize the WHOOP Wearable upon sight, even from a distance, based on the distinctive, unique design of the device. The WHOOP Trade Dress is a valuable company asset.

**Aurora's Trade Dress Infringement**

WHOOP has recently learned that Aurora is offering knockoff fitness trackers that infringe the WHOOP Trade Dress. An exemplary screenshot of the Aurora Health Fitness Tracker ("Aurora's Infringing Device") is provided below alongside one embodiment of the WHOOP Trade Dress, as depicted in the USPTO application, and the WHOOP Wearable embodying the WHOOP Trade Dress. These images clearly demonstrate the high degree of similarity between the WHOOP Trade Dress and Aurora's Infringing Device.

| One embodiment of the WHOOP Trade Dress[5] | WHOOP Wearable Embodying the WHOOP Trade Dress[6] | Aurora's Infringing Device[7] |
|---|---|---|
| | | |

---

[4] *Id.*, https://www.whoop.com/us/en/thelocker/patrick-mahomes-heart-rate-in-game/?srsltid=AfmBOooLg_iun1ktPrMiWNkbnHYo3fcfRcgait_NDPIQKJFHD36cKNlJ; https://www.instagram.com/bryanjohnson_/p/CsbIf2Gr5lo/?hl=en.
[5] U.S. Trademark Application No. 99,080,005.
[6] https://shop.whoop.com/en-us/.
[7] https://Aurorafit.com/products/no-screen-sports-fitness-bracelet-hr-spo2-bp-1atm.

Serinity Group d/b/a Aurora
7 October 2025
Page 4

The obvious and confusing similarity between the WHOOP Trade Dress and Aurora's Infringing Device is also evident when each product is worn on the wrist:

| Authentic WHOOP Wearable On-Wrist[8] | Aurora's Infringing Device On-Wrist[9] |
|---|---|



Aurora also advertises additional fitness tracker devices that infringe the WHOOP Trade Dress, as shown below.[10]



Indeed, only with a level of close examination beyond what is found in the marketplace can one even be certain that Aurora's Infringing Devices are not literally the WHOOP Wearable. The above images firmly establish that Aurora's Infringing Devices use trade dress that is confusingly similar to the WHOOP Trade Dress. This is likely to cause confusion, mistake, or deception as to the affiliation, connection, or association of Aurora's Infringing Devices with WHOOP.

**WHOOP, Inc.'s Demands**

Aurora's use the WHOOP Trade Dress to sell Aurora's Infringing Devices constitutes a clear case of trade dress and trademark infringement. The consequences of Aurora's infringement and false advertising are severe. Under Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a), Aurora can be required to pay to WHOOP up to three times the profits that Aurora has earned by selling its knockoff fitness tracker. Similarly, Aurora may be required to pay to WHOOP up to three times the profit that WHOOP has lost due to Aurora's infringing sales. In addition, Aurora may be required to reimburse

---

[8] U.S. Trademark Application No. 99,080,005.
[9] https://Aurorafit.com/products/no-screen-sports-fitness-bracelet-hr-spo2-bp-1atm.
[10] https://aurora-ring.com/products/aurora-wellness-smart-band.

Serinity Group d/b/a Aurora
7 October 2025
Page 5

WHOOP for the attorneys' fees it has incurred in putting a stop to Aurora's clear infringement. Finally, a court may order Aurora to cease all sales of Aurora's Infringing Devices, deliver all such devices to the court for destruction, and to cease all use of the WHOOP Trade Dress or any confusingly similar trade dress.

WHOOP takes infringement of its intellectual property rights and false advertising very seriously. For instance, WHOOP recently filed a trade dress infringement lawsuit in the United States District Court for the District of Massachusetts, *WHOOP, Inc. v. Shenzhen Lexqi Elec. Tech. Co., Ltd.*, Case No. 1:25-cv-12690 (D. Mass. 2025). While WHOOP is willing to resolve this matter amicably, Aurora must swiftly cease and desist from this blatantly improper conduct. Without prejudice to seeking other and additional relief, WHOOP demands that Aurora:

1. immediately cease all sales of Aurora's Infringing Devices and any other product design or trade dress that is identical or confusingly similar to the WHOOP Trade Dress;

2. immediately cease all advertising creating an impression that Aurora's Infringing Devices and/or Aurora have been sponsored, approved, authorized, or licensed by WHOOP or are in some way affiliated or connected with WHOOP; and

3. provide WHOOP with an accounting of Aurora's Infringing Devices, including (a) units sold, (b) sales revenue, (c) units remaining in inventory, and (d) units on order/being manufactured. Once WHOOP has received this accounting, it will inform Aurora of the amount of the payment necessary to settle this matter and the procedure for disposal of the remaining inventory.

WHOOP must receive your written assurance no later than **5:00 p.m. ET on Monday, October 13, 2025,** that Aurora will comply with these demands. If WHOOP does not hear from Aurora by that date, WHOOP will assume that Aurora has decided to continue its unlawful conduct, and WHOOP will pursue the necessary measures to protect consumers and its intellectual property. In the unlikely event that Aurora would attempt to claim that it was somehow previously unaware of the above-mentioned WHOOP intellectual property rights, this letter shall serve to provide notice of that fact. Any future use by Aurora of the WHOOP Trade Dress or any confusingly similar trade dress will be considered a willful and intentional violation of those rights.

To the extent that Aurora claims to be authorized to offer for sale or sell the Infringing Devices in the United States, please provide any basis for that contention.

WHOOP views this as an extremely serious matter. WHOOP intends to enforce its rights in this and all of its intellectual property to the fullest extent, and expressly reserves all such rights. Any inquiries regarding this matter should be directed to the undersigned.

Sincerely,

Joshua M. Dalton